UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| DOROTHY DOAKS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:09 CV 367 |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

On July 20, 2010, Magistrate Judge Nuechterlein issued a written report and recommendation (DE # 37) regarding the motion of defendant Safeco to dismiss this suit or, alternatively, to compel disclosure regarding plaintiff's expert. No objections have been filed. Therefore, the court accepts and adopts Magistrate Judge Nuechterlein's report and recommendation and hereby orders that Safeco's motion (DE # 31) be **DENIED**.

**SO ORDERED.**

Date: October 5, 2010

                                          s/James T. Moody_____
                                          JUDGE JAMES T. MOODY
                                          UNITED STATES DISTRICT COURT